UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

JANELLE MORITZ and JOHN MORITZ

    Plaintiffs,
and

WEA INSURANCE CORPORATION

    Involuntary Plaintiff,

v.

WALMART, INC. and
ABC INSURANCE COMPANY,

    Defendants.

Case No. 20-cv-01429

---

## WALMART, INC.'S CORPORATE DISCLOSURE STATEMENT

---

The undersigned, counsel of record for Defendant, Walmart Inc., incorrectly identified as Walmart, Inc., hereby furnishes the following list in compliance with Fed. R. Civ. P. 7.1 and Civil L.R. 7.1:

1)     The correct name of Defendant in this matter is Walmart Inc.

2)     Walmart Inc. is a foreign corporation with its principle office located at 702 SW 8th Street, Bentonville, Arkansas.

3)     Walmart Inc. is a publicly traded company on the New York Stock Exchange and traded under the symbol WMT. No other publicly traded entity owns more than 10% of Walmart Inc. stock.

(4)   MWH Law Group LLP is the only law firm expected to appear for Defendant Walmart Inc.

Dated in Milwaukee this 11th day of September, 2020.

**MWH LAW GROUP LLP**
Attorneys for Defendant Walmart Inc., incorrectly identified as Walmart, Inc.

By: */s/ Electronically sign by Eric L. Andrews*
Eric L. Andrews          SBN: 1068550
Vincent J. Vigil         SBN: 1120981
735 North Water Street, Suite 610
Milwaukee, WI 53202
Telephone: (414) 436-0353
Facsimile: (414) 436-0354
eric.andrews@mwhlawgroup.com
vincent.vigil@mwhlawgroup.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 11, 2020, a copy of this document was served upon all parties in the above cause by the **electronic document management/electronic filing system ("ECF")**, which will send notification of such filing to all attorneys of record.

**Attorney for Plaintiffs, Janelle Moritz and John Moritz**
Michelle M. Hockers
Don C. Prachthauser
MURPHY & PRACHTHAUSER, S.C.
330 East Kilbourn Avenue, Suite 1200
Milwaukee, WI 53202
mhockers@murphyprachthauser.com
dprachthauser@murphyprachthauser.com

*/s/Elsa Chavez*